UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ADAM BROOKS,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>      Defendant. | Civil No. 6:23-cv-00952-AR<br><br>ORDER FOR REMAND |

    Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge will give further consideration to the medical source opinions, evaluate whether Plaintiff Adam Brooks continues to be under a disability, take other steps necessary to complete the administrative record, and issue a new decision.

    After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

    IT IS SO ORDERED this 20th day of March, 2024.

 

_____
Honorable Jeff Armistead
United States Magistrate Judge